1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNS EVANS | ) Case No. 06-CV-4124-MMC |
| | ) |
| Plaintiff, | ) Assigned to: Hon. Maxine M. Chesney |
| vs. | ) |
| | ) [Proposed] **ORDER RE MOTION FOR** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | ) **ADMINISTRATIVE RELIEF TO STAY** |
| | ) **ACTION PENDING TRANSFER TO** |
| | ) **MULTIDISTRICT PROCEEDINGS** |
| Defendants. | ) |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having fully considered the papers submitted by the parties in connection
2  with Defendants' Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict
3  Proceedings, and all other papers or arguments filed with or submitted to the Court in connection
4  with the proceedings in this action, HEREBY ORDERS that the above-captioned case is STAYED
5  pending ~~transfer to MDL-1769~~. decision by the Judicial Panel on Multidistrict Litigation as to
6  whether the action should be transferred to MDL-1769.

7  IT IS SO ORDERED.

11  Dated: __August 9, 2006__

12  By: /s/ Maxine M. Chesney
13      United States District Court Judge

14  Respectfully submitted by:

15  Catherine Valerio Barrad (SBN 168897)
    Justin Ma (SBN 216217)
16  Rebecca G. Goldstein (SBN 227180)
    SIDLEY AUSTIN LLP
17  555 West Fifth Street, Suite 4000
    Los Angeles, California  90013-1010
18  Telephone:      (213) 896-6000
    Facsimile:      (213) 896-6600
19  cbarrad@sidley.com
    jma@sidley.com
20  rgoldstein@sidley.com

21  Of Counsel:
    Michael W. Davis
22  James W. Mizgala
    Sidley Austin LLP
23  One South Dearborn
    Chicago, IL  60603